PETITION UNDER 28 U.S.C. § 2254 For WRIT OF
HABEAS CORPUS BY A DISTRICT OF COLUMBIA PRISONER
IN FEDERAL CUSTODY

UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF WEST VIRGINIA

FILED
MAR 2 8 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

RAYMOND R. ROSEBORO
#50029-007 F.C.I. McDOWELL
    PETITIONER,

CASE NO: 2010-CF1-23156

(D.C. SUPERIOR COURT)

2:17-CV-2055

V.

BARABARA RICKARD, WARDEN
    et al
        RESPONDANT,

1

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
The Superior Court
For The District of
Columbia (Washington, DC)
(b) Criminal docket or Case number (if you know): #2010-CF1-23156

2. (a) Date of the judgment of conviction (if you know): 2/6/2013
   (b) Date of sentencing: 4/10/2013

3. Length of sentence: (40) years incarceration
   (5) years supervised release

4. In this case, were you convicted on more than one count or of more than one crime? (Yes) No

5. Identify all crimes of which you were convicted and sentenced in this case:
1st° Murder w/armed
Poss. of a firearm dur crime of violence/dang. offense
CPWoL
Unlawful poss. of ammun.

D.C. Code(s): 22-2101, -4502 (2001); 4504(b) (2001); 22-4504(a)(2001); 7-2502.01 (2001), 7-2506.01

6. (a) What was your plea? (Check one)

✓(1   Not guilty        (3   Nolo contendere (no
 )                       )    contest)

2

(2) Guilty   (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __N/A__

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

[✓] Jury    [ ] Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

(Yes)   No

8. Did you appeal from the judgment of conviction?

(Yes)   No

9. If you did appeal, answer the following:
   (a) Name of court: __D.C. Court of Appeals__
   (b) Docket or case number (if you know): __Appeal No: 13-CF-459__
   (c) Result: __AFFIRMED__
   (d) Date of result (if you know): __5/29/2015__
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: __Trial Judge Failed to conduct a hearing after recieving reliable reports that a juror slept through portions of trial__

3

_____
_____
_____

(g) Did you seek further review by a higher state court? Yes (No)
If yes, answer the following:

(1)  Name of court: __N/A__

(2)  Docket or case number (if you know): __N/A__

(3)  Result: __N/A__

(4)  Date of result (if you know): __N/A__

(5)  Citation to the case (if you know): __N/A__

(6)  Grounds raised: __N/A__
_____
_____

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes (No)
If yes, answer the following:

4

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
(Yes) No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _D.C. Court of Appeals_
(2) Docket or case number (if you know): _Appeal No: 13-CF-459_
(3) Date of filing (if you know): _5/6/2016_
(4) Nature of the proceeding: _Motion To Recall Mandate_

5

(5) Grounds raised: Ineffective Assistance of Appellate Counsel for failing to raise Ineff. Assist. of Trial Counsel with regard to sleeping juror issue

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes (No)
(7) Result: Denied
(8) Date of result (if you know): 10/19/2016

(b) If you filed any second petition, application, or motion, give the same information:
(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Date of filing (if you know): N/A
(4) Nature of the proceeding: N/A
(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes No
(7) Result: N/A
(8) Date of result (if you know): N/A

(c) If you filed any third petition, application, or motion, give the same information:
(1) Name of court: N/A

6

(2) Docket or case number (if you know): __N/A__
(3) Date of filing (if you know): __N/A__
(4) Nature of the proceeding: __N/A__
(5) Grounds raised: __N/A__
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
Yes  No
(7) Result: __N/A__
(8) Date of result (if you know): __N/A__

(d)  Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   Yes  (No)
(2) Second petition:  Yes   No
(3) Third petition:   Yes   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
__There is no vehicle to appeal "Motion to Recall Mandate"__
__in the Washington, DC Court Circuit.__

7

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.
CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** <u>The D.C. Court of Appeals failed to recall the mandate where my Appellate Counsel was verifiably ineffective.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I have documentation that demonstrates that several years before my Direct Appeal was filed I wrote letters directing my Appellate Attorney to pursue an Ineffective Assistance of Counsel claim against my Trial Attorney for his failure to renew his previous request to the Trial Judge to conduct a hearing to inquire about the juror that slept through several parts of my trial; among several other issues including this same juror passing notes during trial with (2) other jurors while the trial proceeded.

8

(b) If you did not exhaust your state remedies on Ground One, explain why: <u>There is no available remedy in the District of Columbia to appeal a "Recall of Mandate" after it is denied by the D.C. Court of Appeals.</u>

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes  No
N/A

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: <u>There is no available state court remedy to appeal.</u>

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes (No)

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: <u>N/A</u>
Name and location of the court where the motion or petition was filed:

9

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?
Yes No
N/A

(4) Did you appeal from the denial of your motion or petition?
Yes No
N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes No
N/A

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): ___

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ___N/A___

**GROUND TWO:** ___N/A___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

___N/A___

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes No

N/A

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: __N/A__
Docket or case number (if you know): __N/A__
Date of the court's decision: __N/A__
Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
__N/A__

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: __N/A__

13. Please answer these additional questions about the petition you are filing:
(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   (Yes) No
If your answer is "No," state which grounds have not been so presented and give your reason(s)

20

for not presenting them: ___N/A___

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ___no___

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes (No)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ___N/A___

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes (No)
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ___N/A___

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing: ___?___
    (b) At arraignment and plea: ___?___
    (c) At trial: ___?___
    (d) At sentencing: ___?___
    (e) On appeal: Thomas D. Engle 601 Pennsylvania Ave. N.w Washington, DC. 2004 Suite 900 South #(202) 574-0400
    (f) In any post-conviction proceeding: ___N/A___
    (g) On appeal from any ruling against you in a post-conviction proceeding: ___N/A___

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes (No)
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___N/A___
    (b) Give the date the other sentence was imposed: ___N/A___
    (c) Give the length of the other sentence: ___N/A___
    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes No  N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition. *

10/19/2016 the D.C. Court of Appeals denied the "Motion To Recall Mandate" which is less than (1) year to the date of the filing of this petition, as such, according to this timeline the limitations period has yet to expire.

Therefore, petitioner asks that the Court grant the following relief: Vacate all convictions executed against me by the Superior Court for the District of Columbia; In the alternative Remand this case back to the lower court for further proceedings; Appointment of Counsel to assist me in my pursuit of Justice.

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
March 22, 2017 _____(month, date, year).

Executed (signed) on March 23, 2017 _____ (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

24