UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**RAYMOND R. ROSEBORO,**

    Plaintiff,

v.                           Civil Action No. 2:17-cv-02055

**WARDEN, USP ATWATER,**

    Defendant.

### MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Cheryl A. Eifert, entered February 15, 2019; and the magistrate judge having recommended that the movant's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1404(a), that this action be dismissed, without prejudice, and removed from the docket of the court, and that the court deny respondent's motion to dismiss as moot; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted insofar as the magistrate judge recommends that the movant's petition for a writ of habeas

corpus be transferred to the United States District Court for the District of Columbia.

Accordingly, it is ORDERED that the movant's petition for a writ of habeas corpus be, and hereby is, transferred to the United States District Court for the District of Columbia.

The Clerk is directed to forward copies of this written opinion and order to the petitioner, all counsel of record, and the United States Magistrate Judge.

ENTER: April 18, 2019

John T. Copenhaver, Jr.
Senior United States District Judge