UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND R. ROSEBORO,<br><br>    Petitioner<br><br>  v.<br><br>BARBARA RICKARD,<br><br>    Respondent. | Case No. 19-CV-2355 (EGS) |

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

Mr. Roseboro respectfully moves the Court to extend the current briefing schedule by 90 days so that his supplemental brief is due May 26, 2021; respondent's response brief is due on July 26, 2021; and Mr. Roseboro's reply brief is due on September 8, 2021.

**1.** On February 13, 2020, the parties jointly proposed a briefing schedule in this case. On February 14, 2020, this Court granted the proposed motion, setting the opening brief filing deadline for May 12, 2020.

**2.** On May 4, 2020, Mr. Roseboro moved for an extension of the briefing schedule, due to the coronavirus pandemic. The Court granted that unopposed motion, extending the filing deadline for the opening brief to June 26, 2020.

**3.** On June 25, 2020, Mr. Roseoboro moved under seal for a second extension, which was unopposed by the government. The reasons for the requested extension were detailed in the sealed motion. The Court granted Mr. Roseboro's motion, extending the time to file Mr. Roseboro's supplemental brief to February 25, 2021.

**4.** Mr. Roseboro's counsel returned to work from a period of leave yesterday. Because of her leave of absence from the office, the ongoing coronavirus pandemic and related restrictions

on safe childcare options, and the delays in communicating with her client, as well as other case commitments that she put on hold during her period of leave, Mr. Roseboro's counsel does not believe the current deadline affords her adequate time to prepare the opening brief and consult with Mr. Roseboro about it.

5. Mr. Roseboro's counsel consulted with Mr. Roseboro yesterday, and he supports the proposed extension.

6. Mr. Roseboro's counsel consulted with counsel for Respondent, Assistant United States Attorney Timothy R. Cahill, and he indicated that Respondent does not oppose this motion.

## CONCLUSION

Accordingly, Mr. Roseboro respectfully requests that the Court extend the briefing schedule in this case as proposed above.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Julia Fong Sheketoff
Assistant Federal Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500